Recorder's Stamp

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>JERRY RAIBER,<br><br>Debtor. | Chapter 7<br><br>Case No. 04 B 23987<br><br>Honorable A. Benjamin Goldgar |
| DEVON BANK,<br><br>Plaintiff,<br><br>v.<br><br>JERRY RAIBER,<br><br>Defendant. | Adversary Pro. No. 04 A 03775 |

### MEMORANDUM OF JUDGMENT

On February 28, 2007, an Agreed Judgment of Non-Dischargeability was entered in favor of Plaintiff, Devon Bank, and against Defendant, JERRY RAIBER, whose address is 97A Lincolnshire Drive, Lincolnshire, Illinois 60069, in the amount of FOUR HUNDRED THOUSAND DOLLARS ($400,000.00).

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

FEB 28 2007

Prepared by/Return to:
Faye B. Feinstein, Esq.
QUARLES & BRADY LLP
500 West Madison Street
Suite 3700
Chicago, Illinois 60661
(312) 715-5000